FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

2011 DEC 16  A 8: 25

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

Noah Nathan,                          )
                                      )
              Plaintiff,              )
                                      )
      v.                              )      Civil Action No. 1:11cv1360
                                      )                        AJT/TRJ
Takeda Pharmaceuticals North          )      Fairfax County Circuit Court
America, Inc., *et al.*,              )      No. 2011-16352
                                      )
              Defendants.             )
                                      )

## NOTICE OF REMOVAL OF ACTION

PLEASE TAKE NOTICE THAT, pursuant to 28 U.S.C. §§ 1441 and 1446,

Defendant Takeda Pharmaceuticals America, Inc. ("TPA") hereby removes to this Court

the state court action described below.

1.      On November 17, 2011, Plaintiff Noah Nathan filed an action encaptioned

*Nathan v. Takeda Pharmaceuticals America, Inc. and Takeda Pharmaceuticals North*

*America, Inc.* in the Circuit Court of Fairfax County, Virginia, Case Number 2011-

16352. Copies of the summons and complaint are attached as Exhibit 1.

2.      Defendant TPA was served with a copy of the Complaint via personal

service on its registered agent, CT Corporation, on November 29, 2011.

3.      Other than a summons and complaint, no other pleadings, process or

orders have been served in the state court action.  Thus, with this Notice of Removal,

counsel certifies that Defendants have filed a copy of all process, pleadings, and orders

served upon the Defendants in the state court action.

4.      TPA is a wholly-owned subsidiary of Takeda Pharmaceuticals North America, Inc. ("TPNA").  In addition to TPA, plaintiff has also named TPNA as a defendant.  TPNA has not been served with a summons and complaint.  TPNA joins in and consents to removal of this action and TPNA's joinder and consent is attached as Exhibit 2.

5.      This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1331 (federal question jurisdiction) because the Complaint alleges a violation of and the state court action arises under Title VII of the Civil Rights Act of 1964, as amended by the Civil Rights Act of 1991, 42 U.S.C. §§ 2000(e) et seq. *See* Complaint, ¶¶ 1, 9, 130-135.

5.      Venue is proper in this District under 28 U.S.C. §§ 1441(a) and 1446(a) because this is the federal judicial district embracing the Circuit Court of Fairfax County.

6.      This Notice of Removal is timely because it was filed within thirty (30) days after Defendants were served with the Complaint.  *See* 28 U.S.C. § 1446(b).

7.      Accordingly, this action may be removed pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1441(b).

8.      Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being filed with the Circuit Court of Fairfax County and is being served on all other parties to this action.

Dated: 16 December 2011

Respectfully submitted,

Susan R. Podolsky
Virginia Bar No. 27891
The Law Offices of Susan R. Podolsky
1800 Diagonal Road
Suite 600
Alexandria, VA 22314
571.366.1702 (t)
703.647.6009 (f)
susanpodolsky@verizon.net

William F. Cavanaugh, Jr.
(Application *pro hac vice* to be submitted)
Aron R. Fischer
(Application *pro hac vice* to be submitted)
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
212.336.2000 (t)
212.336.2222(f)
wfcavanaugh@pbwt.com
afischer@pbwt.com

*Counsel for Defendant*
*Takeda Pharmaceuticals America, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Removal was served on December 16, 2011 via email and U.S. mail on:

Christian Nagel
Fluet Huber
4000 Genessee Place
Suite 205
Lake Ridge, VA 22192

Jennifer C. Bell
Bell & Bell LLP
1617 JFK Blvd Suite 1020
Philadelphia, PA 19103

*Counsel for Plaintiff*

Susan R. Podolsky
Virginia Bar No. 27891
Law Offices of Susan R. Podolsky
1800 Diagonal Road
Suite 600
Alexandria, VA 22314
571.366.1702 (t)
703.647.6009 (f)
susanpodolsky@verizon.net

*Counsel for Defendant Takeda
Pharmaceuticals America, Inc.*