IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

F I L E D

AUG 24 2012

Noah Nathan, )
 )
    Plaintiff, )
 )
v. ) Civil Action No. 1:11cv1360
 )
Takeda Pharmaceuticals America, Inc., *et al.*, )
 )
    Defendants. )

## JUDGMENT

Pursuant to the order of this Court entered on August 24, 2012 and in accordance with Federal Rules of Civil Procedure 58, JUDGMENT is hereby entered in favor of the Defendants, Takeda Pharmaceuticals America, Inc., and Takeda Pharmaceuticals North America, Inc. and against the Plaintiff, Noah Nathan.

FERNANDO GALINDO, CLERK OF COURT

By:_____/s/_____
      Kathryn M. Stasko,
      Deputy Clerk

Dated: August 24, 2012
Alexandria, Virginia